# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Kathleen M. Lantzy                                              CHAPTER 13

                        Debtor(s)

BKY. NO. 22-21866 CMB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust I and index same on the master mailing list.

                              Respectfully submitted,

                              /s/ **Brian C. Nicholas**
                              Brian Nicholas
                              07 Oct 2022, 09:22:48, EDT

                              Brian C. Nicholas, Esq. (317240) ☑
                              Denise Carlon, Esq. (317226)    ☐
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106
                              412-430-3594
                              bkgroup@kmllawgroup.com