IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Bankruptcy No. 22-21866 CMB |
| | Chapter 13 |
| Kathleen M. Lantzy, | Motion No. WO-1 |
| *Debtor* | |
| | |
| Kathleen M. Lantzy, | |
| Social Security No. XXX-XX-1464 | Related to Doc. No. 44 |
| *Movant* | |
| | |
| v. | |
| | |
| Concordia of Monroeville and | |
| Ronda J. Winnecour, Trustee, | |
| *Respondents* | |

**CONSENT ORDER TO SUSPEND WAGE ATTACHMENT FOR ONE CYCLE**

AND NOW, to wit, this __30th__ day of __August__, 2023, it is hereby ORDERED, ADJUDGED, and DECREED that:

1) The Debtor is permitted to suspend her wage attachment for the next bi-weekly paycheck she receives;

2) The employer, Concordia of Monroeville, is to restart payroll deductions at the full amount of $517.00 from each bi-weekly paycheck to the Chapter 13 Trustee after one pay cycle has passed with no wage attachment. It is the Debtor's responsibility to ensure that the wage attachment resumes in a timely manner;

3) This wage attachment is being suspended due to the Debtor's vehicle needing necessary repairs.

4) While the Trustee consents to the suspension of the wage attachment, to accommodate Debtor's circumstances, is not intended as a modification of the plan, and will not preclude the Trustee from filing a certificate of default or taking any other action(s) as a result of plan defaults or arrears as she believes appropriate in such defaults or arrears accrue.

_____
Hon. Carlota M. Bohm
U.S. Bankruptcy Judge

/s/ Kate DeSimone
Kate DeSimone, Esquire
Office of the Chapter 13 Trustee

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Counsel for the Debtor

FILED
8/30/23 1:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 22-21866-CMB

Kathleen M. Lantzy Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 30, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2023:**

**Recip ID    Recipient Name and Address**
db     + Kathleen M. Lantzy, 112 Rosecrest Drive, Monroeville, PA 15146-4018

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2023 at the address(es) listed below:**

**Name    Email Address**

Brian Nicholas
    on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust I bnicholas@kmllawgroup.com

Christopher A. DeNardo
    on behalf of Creditor NATIONSTAR MORTGAGE LLC logsecf@logs.com

Kenneth Steidl
    on behalf of Debtor Kathleen M. Lantzy julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Aug 30, 2023 | Form ID: pdf900 | Total Noticed: 1

            jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Office of the United States Trustee
            ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
            cmecf@chapter13trusteewdpa.com

TOTAL: 7